THOMAS RIMPOTTI et al., Respondents, v. HOUSEHOLD FINANCE CORPORATION, Appellant.—

Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ. [179 Misc. 544.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HERMAN L. COHEN, Appellant, et al., Defendants.— No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

## SECOND DEPARTMENT, MAY, 1943.
### (May 3, 1943.)

In the Matter of the Accounting of BABYLON NATIONAL BANK & TRUST COMPANY, as Successor Trustee under the Will of PRINCE H. FOSTER, Deceased. HOWARD L. HEDDEN, Administrator *de bonis non* of the Estate of HENRY FOSTER, Deceased, Appellant; EMILY E. KERN et al., Respondents.— Present — Close, P. J., Carswell, Johnston, Adel and Taylor, JJ.

In the Matter of HERBERT ZARNIKAUER, an Attorney, Respondent. BROOKLYN BAR ASSOCIATION, Petitioner.— Present — Close, P. J., Carswell, Johnston, Adel and Taylor, JJ.

MARTIN J. KELLY, Appellant, v. BRIDIE KELLY, Respondent.— Present — Close, P. J., Carswell, Johnston, Adel and Taylor, JJ.

LILLIAN E. RAVENSCROFT, Appellant, v. COUNTY OF WESTCHESTER, Respondent.— Present — Close, P. J., Carswell, Johnston, Adel and Taylor, JJ.

EDMUND SEAMAN, Appellant, v. ÆTNA CASUALTY AND SURETY COMPANY, Respondent, et al., Defendants.— Present — Close, P. J., Carswell, Johnston, Adel and Taylor, JJ.

WALTER WERNER, Respondent, v. REPUBLIC YEAST CORPORATION, Appellant. Present — Close, P. J., Carswell, Johnston, Adel and Taylor, JJ.

DOROTHY A. WOLIN, Respondent, v. WILLIAM WOLIN, Appellant.— Present — Close, P. J., Carswell, Johnston, Adel and Taylor, JJ.

FRANCES ARMSTRONG et al., Appellants, v. RICHARD C. MONTGOMERY, Successor to WILLIAM A. SCHUBERT, as Comptroller of the City of Yonkers, et al., Respondents.— No opinion. Present — Close, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.